Sandra D. Lynch, Esq. (Hawai`i #8584)
LYNCH LAW OFFICES, LLLC
204 11th Street
Honolulu, HI 96813
Telephone: 808-312-4913
Facsimile: 808-490-0490
lynchlawhaw@gmail.com

Martin K. LaPointe (IL ARDC# 6195827)
Susan M. Troester (IL ARDC# 6238264)
Brian J. Sharpe (IL ARDC# 6310156)
Brittany E. Harmssen (California SBN 307987)
LAPOINTE LAW, PC
1200 SHERMER ROAD, SUITE 425
NORTHBROOK, IL 60062
TELEPHONE: 847-786-2500
FACSIMILE: 847-786-2650
MLAPOINTE@LAPOINTELAW.COM
STROESTER@LAPOINTELAW.COM
BSHARPE@LAPOINTELAW.COM
BHARMSSEN@LAPOINTELAW.COM

Attorneys for Plaintiffs
(Other counsel not listed)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| LAURIE BOLOS, an individual;<br>AIMEE ADAMS, an individual;<br>ANGELICA AMARO, an individual;<br>MICHELLE BAKER, an individual;<br>PETRINA ANGULO SANCHEZ BIVEN,<br>an individual;<br>ROBIN BOLOS, an individual; | Civil No. 1:23-cv-00104-JMS KJM<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF L. DAMARYAN |

JACQUELINE BUI, an individual;
CHERYL BOUILLON, an individual;
KAREN BRANDON, an individual;
CARY CARROLL, an individual;
ERIN CARROLL, an individual;
L. DAMARYAN, an individual;
GAIL DECOITE, an individual;
LAELA DUNCAN, an individual;
JEFF EGAN, an individual;
PAMELA GIST, an individual;
BEVERLY HELM, an individual;
KALENA KAILI-THOMAS, an individual;
LAUREN KASPER, an individual;
GABRIELLE KATER, an individual;
CAROL LYNN KATO, an individual;
YULIYA LABROSSE, an individual;
APRIL LAMPARELLI, an individual;
ELLEN LICHT, an individual ;
KATHRINE LINDEMAN, an individual;
WENDIE LINDSAY, an individual;
HELENE LOS BANOS, an individual;
LESLIE MCGUIRE, an individual;
MELEA MOIR, an individual;
TINA NGUYEN, an individual;
MARIA NORWOOD, an individual;
FIRMIANA OVANDO, an individual;
ANDREA PERKETT, an individual;
HEAVENLY QUINTERO, an individual;
BETTY SCHNEIDER, an individual;
I. SARDARIAN, an individual;
KYLA SCHWARTZ, an individual;
LISA LUJAN SHAW, an individual;
DEVRI SCHULTZ, an individual;
AMY SINGH, an individual;
KAREN STAVASH, an individual;
LAURA STEPHENS, an individual;
SYDNEY SURRELL, an individual;
BARBARA TIMO, individual;

| |
|---|
| NANCY VANDERVOORT, an individual; <br> TARA WALSH, an individual; <br> JAMES WASH, an individual; and <br> NALANI ("STACY") ZANE, an individual; <br> on behalf of themselves and all others similarly situated. <br><br>             Plaintiffs, <br><br>      v. <br><br> WALDORF ASTORIA MANAGEMENT LLC OPERATING AS THE WALDORF ASTORIA BEVERLY HILLS AND THE GRAND WAILEA, A WALDORF ASTORIA RESORT, et al., <br><br>             Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF L. DAMARYAN

### J. Michael Seabright, U.S. District Court Judge

### Trial Date: None

Plaintiff L. Damaryan provides notice of her voluntary dismissal as a plaintiff in this action pursuant to F.R.C.P. 41 and Local Rule 41.1. Defendants have not served an answer or motion for summary judgment.

With respect to the specific requirements of LR 41.1, Plaintiff L. Damaryan, through her undersigned counsel, submits the following:

(a) the dismissal is without prejudice;

(b) no fees and/or costs are sought to be awarded;

(c) all claims asserted by the remaining Plaintiffs and the putative class against Defendants shall remain following dismissal; and

(d) no answer or motion for summary judgment has been filed by Defendants.

Plaintiffs, through their undersigned counsel, hereby give notice of the voluntary dismissal of Plaintiff L. Damaryan, without prejudice, as a Plaintiff and class representative in this action pursuant to F.R.C. P. 41 and Local Rules 41.1(a)(1)(A). This notice of dismissal of a single plaintiff does not affect the claims of any other Plaintiffs asserted on their own behalf, or on behalf of a putative class.

Dated:     June 8, 2023.                    Respectfully submitted,

/s/ Brittany E. Harmssen
Brittany E. Harmssen
LAPOINTE LAW, PC
1200 SHERMER ROAD, SUITE 425
NORTHBROOK, IL 60062
TELEPHONE: 847-786-2500
FACSIMILE: 847-786-2650

**Attorney for Plaintiffs Bolos et al.**

- 5 -

**APPROVED AS TO FORM.**

DATED: Honolulu, Hawaii, June 8, 2023.



　　/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Bolos v. Grand Wailea A Waldorf Astoria Resort, et al.*, Civ. No. 23-00104 JMS-KJM, Notice of Voluntary Dismissal Without Prejudice as to Plaintiff L. Damaryan