# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-cv-00104-JMS-KJM |
| CASE NAME: | Laurie Bolos, et al. v. Grand Wailea A Waldorf Astoria Resort, et al. |
| ATTYS FOR PLTS: | *Brittany Harmssen<br>*Martin K. LaPointe |
| ATTYS FOR DEFTS: | *Michael J. Gray<br>Liat L. Yamini<br>Judy Mutsuye Iriye |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Beth Krupa |
| DATE: | 09/26/2025 | TIME: | 11:30 am - 11:50 am |

COURT ACTION:  EP:   STATUS CONFERENCE conducted by video conference.

Discussion held.

The Court informs the parties it is considering the Hawaii Supreme Court certify the question of the appropriate method for computation of Plaintiffs' minimum wage damages under Haw. Rev. Stat. § 387-2.

By 10/2/2025, parties shall submit briefing,15 page maximum, as to their positions regarding the Court's contemplation.  Briefing should address whether this is a certifiable issue, how critical the issue is to the case, and if a ruling on this issue (the correct unit of measure) would dispose of Count 1.

Parties inform the Court they have Mediation session scheduled 10/15/2025 in California.

The October 6, 2025 hearing on Defendants' Motion for Partial Summary Judgment, ECF No. 287 and on Defendants' Second Motion for Partial Summary Judgment, ECF No. 319 before Judge J. Michael Seabright remains calendared.

Submitted by: Jocelyn Orosz, Courtroom Manager